1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Jae Hong Lee (Bar No. 242203)
2      jaelee@quinnemanuel.com
     Jonathan S. Tam (Bar No. 304143)
3      jonathantam@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, CA 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
7
8  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Mark S. Cheffo (*pro hac vice to be filed*)
9      markcheffo@quinnemanuel.com
10 51 Madison Avenue, 22nd Floor
   New York, NY 10010
11 Telephone: (212) 849-7000
   Facsimile: (212) 849-7100
12
13 *Attorneys for Defendants Purdue Pharma L.P, Purdue*
14 *Products L.P., Craig Landau, Paul Medeiros, and*
   *Marv Kelly*
15

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MASOUD BAMDAD, M.D., et al.,  )  | CASE NO.:  18-3662 |
|---|---|
| )  | |
| *Plaintiffs*,  ) | |
| ) | PROOF OF SERVICE |
| v.  ) | |
| ) | |
| PURDUE PHARMA, L.P., et al.,  ) | |
| ) | |
| *Defendants*.  ) | |
| ) | |

PROOF OF SERVICE

**PRELIMINARY STATEMENT**

I am a citizen of the United States and employed in San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 50 California Street, 22d Floor, San Francisco, CA 94111. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.

On May 1, 2018, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

1. Defendants' Notice of Removal and Declaration of Jonathan S. Tam in Support of Defendants' Notice of Removal;

2. Civil Cover Sheet;

3. Notice of Pendency of Other Actions or Proceedings;

4. Notice of Interested Parties;

5. Corporate Disclosure Statement of Purdue Pharma L.P.; and

6. Corporate Disclosure Statement of Purdue Products L.P.

in a sealed envelope, postage fully paid, addressed to Plaintiff Masoud Bamdad MD, 47237-112 U.S. Penitentiary, P.O. Box 1000, Marion, IL 62959.

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under the penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct.

Executed on May 1, 2018, at San Francisco, California.

By: */s/ Monita Jones*
      Monita Jones